**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **CINDY LUCAS**, for Herself and All Other Arkansans Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**FFIF-ACM OPPORTUNITY FUND**,<br><br>    Defendant. | Case No. 4:17-cv-00610-JLH |

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)**

PLEASE TAKE NOTICE that Plaintiff Cindy Lucas hereby dismisses this action pursuant to FRCP 41(a)(1)(A). Defendant has not filed an answer or a motion for summary judgment, nor has a class been certified. As such, Plaintiff's nonsuit is within the provisions of FRCP 41(a)(1)(A).

DATE: October 12, 2017                                            Respectfully,

                                                                                 **POYNTER LAW GROUP**


                                                                                 /s/ Scott Poynter_____

                                                                                 Scott Poynter, AR Bar No. 90077
                                                                                 scott@poynterlawgroup.com
                                                                                 400 W. Capitol Ave., Suite 2910
                                                                                 Little Rock, AR 72201
                                                                                 (501) 251-1587

Bryce Brewer
**BRYCE BREWER LAW FIRM**
800 West 4th Street
North Little Rock, AR 72114
Phone: (501) 978-3030
Fax: (501) 978-3050

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court's electronic filing system, which in turn will serve all counsel of record with the same.

/s/ Scott Poynter_____